**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

National Rifle Association of America   )
)
)
)
            Plaintiff(s),   )
)
v.                          )   Case No. MC-20-8-PRW
Ackerman McQueen, Inc.      )
)
)
)
            Defendant(s)    )

## ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

__Respondent__ , __National Rifle Association of America__ .
(Plaintiff/Defendant)          (Name of Party)

I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

s/ __Matthew K. Felty__         __July 28, 2020__
Signature                        Date

__Matthew K. Felty__
Print Name

__Lytle Soule & Felty__
Firm

Criminal Cases Only:

☐ Retained or USA

☐ CJA Appointment

☐ Federal Public Defender

☐ Pro Bono

☐ CJA Training Panel

__119 N. Robinson, Suite 1200__
Address

__Oklahoma City, OK 73102__
City                State        Zip Code

__(405) 235-7471__
Telephone

__mkfelty@lytlesoule.com__
Internet E-mail Address

REVISED 05/14/18

*Certificate of Service*

☑ I hereby certify that on July 28, 2020, I electronically transmitted the attached document to the Clerk of Court using the Electronic Case Filing System for filing. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

☐ I hereby certify that on _____, I filed the attached document with the Clerk of the Court and served the attached document by _____ on the following, who are not registered participants of the ECF System:

s/ Matthew K. Felty
s/ Attorney Name