## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| NATIONAL RIFLE ASSOCIATION OF AMERICA, ) ) ) Plaintiff, ) ) v. ) ) ACKERMAN McQUEEN, INC., et al., ) ) Defendants. ) | Case No. MC-20-00008-PRW |

### ADMINISTRATIVE CLOSING ORDER

Pursuant to the Court being advised of the filing of a petition in Bankruptcy of the plaintiff National Rifle Association of America, it is hereby ordered that the Clerk administratively terminate this action in her records, without prejudice to the rights of the parties to reopen the proceeding for good cause shown, for the entry of any stipulation or order, or for any other purpose required to obtain a final determination of the litigation, within thirty (30) days after the termination of the Bankruptcy proceeding.

Parties are further notified that the administrative termination of this action shall in no way affect any applicable statute of limitations, provided that this action was originally filed within the proper time.

Further, the Motions Hearing currently set for Friday, January 22, 2021 at 10:00 a.m. is hereby stricken.

IT IS SO ORDERED this 20th day of January, 2021

.

_____
PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE