IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| NATIONAL RIFLE ASSOCIATION OF AMERICA, | § § § |
| Plaintiff and Counter-Defendant | § § |
| and | § § |
| WAYNE LAPIERRE, | § § § |
| Third-Party Defendant, | § § |
| v. | § Misc. Case No. MC-20-8-PRW § |
| ACKERMAN MCQUEEN, INC., | § § § |
| Defendant and Counter-Plaintiff, | § § |
| and | § § |
| MERCURY GROUP, INC., HENRY MARTIN, WILLIAM WINKLER, MELANIE MONTGOMERY, and JESSE GREENBERG, | § § § § § |
| Defendants. | § |

## NOTICE OF BANKRUPTCY DISMISSAL

**COMES NOW** the National Rifle Association of American and Wayne LaPierre in the above-captioned matter and, pursuant to the Bankruptcy Administrative Closing Order entered by this Court on January 20, 2021, Doc. No. 11, hereby give notice that the bankruptcy filed by the National Rifle Association of America has been dismissed and the

deadline to appeal such dismissal has now passed.  Accordingly, the discovery dispute pending at the time of the bankruptcy filing, which was fully briefed, is again at issue.[1]

                Respectfully submitted by:

                /s/ *Matthew K. Felty*
                Matthew K. Felty, OBA No. 31057
                **LYTLE SOULÉ & FELTY, P.C.**
                1200 Robinson Renaissance
                119 N. Robinson Ave.
                Oklahoma City, OK 73120
                (405) 235-7471 (Telephone)
                (405) 232-3852 (Fax)
                mkfelty@lytlesoule.com

                **ATTORNEYS FOR RESPONDENTS**

---

[1] See Doc No. 1 (Non-party's Motion to Quash), Doc No. 6 (Respondents' Response), Doc. No. 4 (Movants' Motion to Quash Third-Party Subpoena), and Doc. No. 7 (Respondents' Response).

## CERTIFICATE OF SERVICE

  I hereby certify that on July 6, 2021. I filed the foregoing document with the clerk of court for the U.S. District Court, Western District of Oklahoma.

R. Thompson Cooper**,**
Attorney for Ackerman McQueen, Inc., Mercury Group, Inc.,
Henry Martin, Jesse Greenberg, William Winkler,
and Melanie Montgomery
Roberson, Kolker, Cooper & Goeres, P.C.
16408 Muirfield Place
Edmond, OK 73013
Telephone: (405) 606-3333
Facsimile: (405) 606-3334
E-mail: tom@rkcglaw.com

Gary David Quinnett.
Attorney for HBC CPAs & Advisors
2932 NW 122nd Street, Suite A
Oklahoma City. OK 73120
Telephone: (405) 312-1331
Facsimile: (866) 728-0676
E-mail: gary@gq-law.com

              /s/ *Matthew K. Felty*_____
              Matthew K. Felty