# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

Date: July 15, 2021

| | | |
|---|---|---|
| NATIONAL RIFLE ASSOCIATION OF AMERICA, | ) | |
| Plaintiff and Counter-Defendant, | ) | |
| and | ) | |
| WAYNE LAPIERRE, | ) | |
| Third-Party Defendant, | ) | |
| v. | ) | Miscellaneous Case No. 5:20-mc-00008-PRW |
| ACKERMAN MCQUEEN, INC., | ) | |
| Defendant and Counter-Plaintiff, | ) | |
| and | ) | |
| MERCURY GROUP, INC., HENRY MARTIN, WILLIAM WINKLER, MELANIE MONTGOMERY, AND JESSE GREENBERG, | ) | |
| Defendants. | ) | |

**ENTER ORDER:**

On January 15, 2021, the Respondents filed a Notice and Suggestion of Bankruptcy for the National Rifle Association of America and Sea Girt LLC (in related case no 5:20-mc-00008-PRW, Dkt. 16), and this matter was stayed pending the termination of the Bankruptcy proceeding. On July 6, 2021, National Rifle Association of America and Wayne LaPierre filed a Notice of Bankruptcy Dismissal (Dkt. 12), notifying the Court that the National Rifle Association of America's bankruptcy case has now dismissed and the deadline to appeal the dismissal has passed. Accordingly, the Court hereby **LIFTS** the stay entered in this case and **REOPENS** this matter for further proceedings.

**By direction of Judge Patrick R. Wyrick, we have entered the above enter order.**

Carmelita Reeder Shinn, Court Clerk

By: s/*Kathy Spaulding*
Deputy Clerk